# EXHIBIT 1

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| DARIN BRISKMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES, LLC;<br>AMAZON.COM SERVICES, INC.;<br>JOHN FREDERIKSEN; and DANIEL<br>NEAULT,<br><br>    Defendants. | Case No. 20CV44936<br><br>**SUMMONS** |

**TO: Defendant AMAZON.COM SERVICES, INC., c/o its registered agent Corporation Services Company, 1127 Broadway St. NE, STE 310, Salem, OR 97301.**

You are hereby required to appear and defend the complaint filed against you in the above captioned action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, Plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or an "answer." The "motion" or "answer" must be given to the court clerk or administrator **within 30 days** along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney, or if the plaintiff does not have an attorney, proof of service on the plaintiff. If you have any questions, you should see an attorney immediately. If you need help finding an

Page 1 – SUMMONS

UNLAWFUL TERMINATION LAWYERS, LLC
TELEPHONE: (503) 243-4545
FACSIMILE: (503) 243-4546
1500 SW FIRST AVE., SUITE 800
PORTLAND, OR 97201

Exhibit 1  Page 1 of 2

attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

Dated: December 21, 2020

        **Unlawful Termination Lawyers, LLC**

        */s/ Daniel K. Le Roux*
        Daniel K. Le Roux, OSB No. 085510
        Andrew Freeman, OSB No. 153364
        Tel: (503) 243-4545
        *Attorneys for Plaintiff*

STATE OF OREGON      )
                               ) ss.
COUNTY OF MULTNOMAH )

I, the undersigned attorney of record for Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

Dated: 12/21/20        Respectfully Submitted,

                              */s/ Daniel K. Le Roux*
                              Daniel K. Le Roux, OSB No. 085510
                              Andrew Freeman, OSB No. 153364
                              *Attorneys for Plaintiff*

Page 2 - SUMMONS

UNLAWFUL TERMINATION LAWYERS, LLC
TELEPHONE: (503) 243-4545
FACSIMILE: (503) 243-4546
1500 SW FIRST AVE., SUITE 800
PORTLAND, OR 97201

Exhibit 1        Page 2 of 2