UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DARIN BRISKMAN**            Case No.: 3:21−cv−00085−MO

    Plaintiff,

**v.**

**AMAZON.COM SERVICES LLC, et al.**

    Defendant.

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

    Pursuant to LR 26−2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** 3/18/21

| | |
|---:|:---|
| **Signature:** | *s/Daniel K. Le Roux* |
| **Name and OSB ID:** | 085510 |
| **E−mail Address:** | dan@unlawfultermination.com |
| **Firm Name:** | Unlawful Termination Lawyers, LLC |
| **Mailing Address:** | 1500 SW First Ave., Ste. 800 |
| **City, State, Zip:** | Portland, OR 97201 |
| **Parties Represented:** | Plaintiff Darin Briskman |

## CERTIFICATE OF SERVICE
(*Briskman v. Amazon.com Services, LLC, et al.*)
(USDC District of Oregon, Case No. 3:21-cv-00085-MO)

  I hereby certify that I served the Discovery Agreement waiving initial disclosures on the following attorney(s), party or parties:

Janine Blatt, OSB No. 922323
janine@jjdlaw.com
Druckman & Blatt PC
424 SW Iowa St.
Portland, OR 97239
*Attorney for Defendants*

  by causing a full, true, and correct copy thereof, addressed to the last-known address of the attorney, party or parties, sent by the following indicated method on the date set forth below:

☐ By **mailing** in a sealed, first-class postage envelope and deposited with the United States Postal Service at Portland, Oregon.

☐ By **Hand Delivery**

☒ By **ECF/NEF**.

☒ By **Email**

  DATED this 18th day of March 2021.

        **Unlawful Termination Lawyers, LLC**

        *s/Daniel K. Le Roux*
        Daniel K. Le Roux, OSB No. 085510
        *Attorney for Plaintiff*